AO 243
REV 6/82

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District __Middle, Pennsylvania__ |
|---|---|

| Name of Movant __Ronnie Peppers__ | Prisoner No. __FX-6952__ | Docket No. __1:00-CR-00105__ |
|---|---|---|

Place of Confinement __State Correctional Institution Greene, Waynesburg, PA.__

(include name upon which convicted)

UNITED STATES OF AMERICA    V.    __Ronnie Peppers__

(full name of movant)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack __U.S. District Court, Harrisburg, PA.__

2. Date of judgment of conviction _____

3. Length of sentence __15 yrs.__

4. Nature of offense involved (all counts) __Felon in Possession of an firearm under (ACCA)__

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   __N/A__

6. Kind of trial: (Check one)
   (a) Jury ☐
   (b) Judge only ☒

7. Did you testify at the trial?
   Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒ No ☐

**FILED
SCRANTON

OCT 0 4 2005

MARY E. D'ANDREA, CLERK
Per_____
    DEPUTY CLERK**

(2)

AO 243
REV 6/82

9. If you did appeal, answer the following:

   (a) Name of court __Third Circuit Court of Appeals__

   (b) Result __Affirmed__

   (c) Date of result __April 21, 2004__

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
    Yes ☒ No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court __Supreme Court of the United States__

    (2) Nature of proceeding __Petition for Writ of Certiorari__

    (3) Grounds raised __Whether 3922(g)(1) is an unconstitutional encroachment on the States' Police Powers.__

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐ No ☒

    (5) Result __denied__

    (6) Date of result __Oct 4th 2004__

    (b) As to any second petition, application or motion give the same information:

    (1) Name of court __N/A__

    (2) Nature of proceeding __N/A__

    (3) Grounds raised __N/A__

(3)

AO 243
REV 6/82

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐ No ☒

    (5) Result _____ N/A _____

    (6) Date of result _____ N/A _____

  (c) As to any third petition, application or motion, give the same information:

    (1) Name of court _____ N/A _____

    (2) Nature of proceeding _____ N/A _____

    (3) Grounds raised _____ N/A _____

_____

_____

_____

_____

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐ No ☒
    (5) Result _____ N/A _____
    (6) Date of Result _____ N/A _____

  (d) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
    (1) First petition, etc.    Yes ☐ No ☒
    (2) Second petition, etc.   Yes ☐ No ☐
    (3) Third petition, etc.    Yes ☐ No ☐

  (e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

    _____ There was no other court to appeal to? _____

_____

_____

12. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

    CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

    For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

    Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

  (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

  (b) Conviction obtained by use of coerced confession.

AO 243
REV 6/82

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: Unconstitutional motive to indict

Supporting FACTS (tell your story *briefly* without citing cases or law: The U.S. Attorney stated that at the time the U.S. Marshal's office made the cooperation agreement with petitioner they (U.S. Marshal's office) was not aware of other alleged criminal activity by petitioner, therefore electing to indict two years after date of offense

B. Ground two: Selective Prosecution

Supporting FACTS (tell your story *briefly* without citing cases or law): There are numerous similar situated defendants with firearm charges (state) in the middle district (Todd Leiby, Joseph Aldinger, Zach Weidner, to name a few), where the federal government in the middle district never sought federal indictments against similar situated white defendants

C. Ground three: Actual Innocence

Supporting FACTS (tell your story *briefly* without citing cases or law): Absent petitioner's guilty plea, there is nothing in the record that would satisfy the requisite of personal or actual knowledge that the petitioner knew the firearm was in the vehicle. Further, another person confessed to crime

(5)

AO 243
REV 6/82

when the offense was committed, turned themself into Police And Signed A Statement of Such.

D. Ground four: Ineffective Assistance of Counsel (5 cts.)

Supporting FACTS (tell your story *briefly* without citing cases or law): — See Additional Page —
(1). Failing to Challenge the governments motive to indict
(2). Incorrectly informing Petitioner that he apply or qualify for 18 U.S.C. § 924(e), And Conceding to Such.
(3). Failing to file A motion to quash the 922(g)(1) Charge for Actual Innocence. (4). Failing to investigate the government Claim of Stolen ("T" Stickers) And Provide Proof

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: Ground(s): (A) Counsel Claimed their was no basis to Claim. (B) Counsel Refused to Present Claim. (C). Counsel Claimed it was a matter for A Jury not A motion. (D). Claim Cannot be Presented on direct appeal. (E). Counsel Refused to Submit Claim. (F) Counsel Neglected to Present it.

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐ No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing  Didn't have A Preliminary — Felony Information

(b) At arraignment and plea  Daniel Seigel — Current Address Unknown Previous Address was Federal Public Defenders office

(c) At trial  Same — Daniel Seigel

(d) At sentencing  Same — Daniel Seigel

AO 243
REV 6/82

(e) On appeal —Same— Daniel Seigel

(f) In any post-conviction proceeding  N/A

(g) On appeal from any adverse ruling in a post-conviction proceeding  N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒

(a) If so, give name and location of court which imposed sentence to be served in the future: _____

N/A

(b) Give date and length of the above sentence: N/A

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☒

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

September 29, 2005
(date)

_____
Signature of Movant

(7)

MOTION UNDER 28 USC § 2255 TO VACATE,
SET ASIDE, OR CORRECT SENTENCE

RE: 1:00-CR-00105
ADDITIONAL GROUNDS.

12 (D)   Otherwise to establish lack of Probable Cause to to Stop Petitioner's Vehicle. (5) failing to Seek Permission from the Court to file interlocutory Appeal in regards to the Court's Ruling on the Cooperation Agreement or as of Right under Rule 58 (g)(2)(A)

(E)   Illegal Sentence:
Sentence was illegal because 924(e) did not apply to Petitioner and Trial Judge did not use a Catagorical Approach before Applying 924(e) as Required.

(F)   Illegal Search and Seizure:
Petitioner did not give Permission to Police to Search Vehicle, And After Search begun Petitioner told Police to Stop After Officer damaged Stereo in front seat.

* Petitioner Reserve the Right for amended Petition by Counsel.

9/29/05    Ronald Peppers

```
TO: CLERK OF COURT
    U.S. DISTRICT COURT, MIDDLE DISTRICT
    P.O. BOX 1148
    SCRANTON, Pa., 18501

FROM: RONNIE PEPPERS, FX-6952
      SCI-GREENE
      175 PROGRESS DRIVE
      WAYNESBURG, Pa., 15370
```

September 30, 2005

In re: U.S. V. RONNIE PEPPERS, NO. 1:00-CR-00105

Dear Clerk:

Enclosed is petitioner's 28 USC § 2255 petition regarding the above captioned matter. The accompany APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER, is being mailed separately due to it being required to be signed by an AUTHORIZED OFFICER OF THE INSTITUTION, and this institution regularly is not prompt in handling inmate legal material. However the above APPLICATION was submitted to the institution on the above date (9/30/05). Therefore, I ask that you accept the herein petition as filed, pending receipt of application. I also ask that this correspondence serve as proof of service which satisfies the requirement of: HOUSTON V. LACK, 108 S.Ct. 2379.

Respectfully Submitted,

Date Mailed: 9/30/05

Ronnie Peppers

Ronald Peppers
FX-6952
175 Progress Drive
Waynesburg, PA., 15370

RECEIVED
SCRANTON
OCT 0 4 2005
MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK

Clerk of Court
U.S. District Court, Middle District
P.O. Box 1148
Scranton, PA., 18501-1148

INMATE MAIL
PA DEPT
OF CORRECTIONS

