AO 240 (Rev. 6/86) Application to Proceed

# United States District Court

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,
              Respondent
v.

RONNIE PEPPERS,
              Petitioner

APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER

CASE NUMBER: 1:00-CR-00105

---

I, __RONNIE PEPPERS__, declare that I am the (check appropriate box)

[X] petitioner/plaintiff      [ ] movant (filing 28 U.S.C. 2255 motion)

[ ] respondent/defendant      [ ] _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows: ISSUE(S) I intend to Raise on Appeal: (1). Unconstitutional motive to indict (2). Selective Prosecution (3). Actual Innocence (4) Ineffective Assistance of Counsel (5) Illegal Sentence (6) Illegal Search and Seizure

In further support of this application, I answer the following questions.

1. Are you presently employed?                               Yes [X]    No [ ]
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

Inmate wages at 19¢ an hour, 6 hrs. a day for five days a week at the State Correctional Institution Greene

FILED
SCRAN
OCT 11 2005
_____
DEPUTY

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment      Yes [ ]    No [X]
   b. Rent payments, interest or dividends?      Yes [ ]    No [X]
   c. Pensions, annuities or life insurance payments?      Yes [ ]    No [X]
   d. Gifts or inheritances?      Yes [X]    No [ ]
   e. Any other sources?      Yes [ ]    No [X]

```
PA DEPT. OF CORRECTIONS           INMATE ACCOUNTS SYSTEM            RUN       IAS365
BUREAU OF COMPUTER SERVICES       PARTIAL ACCOUNT LISTING           DATE 10/04/2005
REMOTE PRINT TIME 16:20               FROM PURGE FILE                PAGE          1

     INMATE     NAME
     NUMBER     LAST              FIRST           MI                STARTING BALANCE
     FX6952     PEPPERS           RONALD          D                             .03

BATCH      DATE                                          TRANSACTION   BALANCE AFTER
  #     MO DY YEAR     TRANSACTION DESCRIPTION              AMOUNT      TRANSACTION

 4613   04-05-2005  38 INSIDE PURCHASES
                       LIBRARY / VENDACARD                     -.90           -.87
 4649   04-08-2005  13 PERSONAL GIFT FROM
                       157494    BARBARA                      50.00          49.13
 4649   04-08-2005  50 ACT 84 TRANSACTION *
                       1318-1998            04/08/05         -10.00          39.13
 4687   04-14-2005  38 INSIDE PURCHASES
                       LIBRARY / VENDACARD                     -.30          38.83
 8109   04-19-2005  32 CAM COMMISSARY
                       FOR   4/19/2005                       -19.14          19.69
 4726   04-20-2005  38 INSIDE PURCHASES
                       LIBRARY / VENDACARD                    -2.00          17.69
 4767   04-25-2005  38 INSIDE PURCHASES
                       LIBRARY VENDACARD                     -10.40           7.29
 4768   04-25-2005  37 POSTAGE
                       POSTAGE                                -4.75           2.54
 4768   04-25-2005  37 POSTAGE
                       POSTAGE                                -1.52           1.02
 8115   04-25-2005  32 CAM COMMISSARY
                       FOR   4/25/2005                        -6.64          -5.62
 4912   05-11-2005  13 PERSONAL GIFT FROM
                       180712 UNKNOWN                         50.00          44.38
 4912   05-11-2005  50 ACT 84 TRANSACTION *
                       1318-1998            05/11/05         -10.00          34.38
 8136   05-16-2005  32 CAM COMMISSARY
                       FOR   5/16/2005                       -15.90          18.48
 4986   05-23-2005  38 INSIDE PURCHASES
                       LIBRARY VENDACARD                      -1.30          17.18
 8143   05-23-2005  32 CAM COMMISSARY
                       FOR   5/23/2005                       -17.19           -.01
 5063   06-03-2005  13 PERSONAL GIFT FROM
                       084678 TRACY                           15.00          14.99
 5063   06-03-2005  50 ACT 84 TRANSACTION *
                       1318-1998            06/03/05          -3.00          11.99
 5088   06-07-2005  13 PERSONAL GIFT FROM
                       081247 BARBARA PEPPERS                100.00         111.99
 5088   06-07-2005  50 ACT 84 TRANSACTION *
                       1318-1998            06/07/05         -20.00          91.99
 8164   06-13-2005  32 CAM COMMISSARY
                       FOR   6/13/2005                       -26.50          65.49
 5172   06-16-2005  37 POSTAGE
                       POSTAGE                                 -.60          64.89
 5181   06-20-2005  36 PRINTED MATERIALS
                       JEFFY FULFILLMENT INC                 -25.00          39.89
```

```
PA DEPT. OF CORRECTIONS           INMATE ACCOUNTS SYSTEM              RUN      IAS365
BUREAU OF COMPUTER SERVICES       PARTIAL ACCOUNT LISTING             DATE 10/04/2005
REMOTE PRINT TIME 16:20               FROM PURGE FILE                 PAGE          2

     INMATE    NAME
     NUMBER    LAST            FIRST           MI
     FX6952    PEPPERS         RONALD          D

BATCH      DATE                                        TRANSACTION   BALANCE AFTER
  #     MO DY YEAR    TRANSACTION DESCRIPTION             AMOUNT      TRANSACTION

 8171   06-20-2005  32  CAM COMMISSARY
                        FOR  6/20/2005                     -18.18         21.71
 5193   06-21-2005  13  PERSONAL GIFT FROM
                        187825 FRIEND                       16.00         37.71
 5193   06-21-2005  50  ACT 84 TRANSACTION *
                        1318-1998          06/21/05         -3.20         34.51
 5241   06-27-2005  38  INSIDE PURCHASES
                        LIBRARY VENDACARD                   -1.20         33.31
 8178   06-27-2005  32  CAM COMMISSARY
                        FOR  6/27/2005                     -15.90         17.41

                  BALANCE AFTER THESE TRANSACTIONS------>                 17.41
```

```
PA DEPT. OF CORRECTIONS            INMATE ACCOUNTS SYSTEM          RUN         IAS365
BUREAU OF COMPUTER SERVICES        PARTIAL ACCOUNT LISTING         DATE  10/04/2005
REMOTE PRINT TIME 16:20              FROM ACTIVE FILE              PAGE              1

   INMATE      NAME
   NUMBER      LAST              FIRST          MI           STARTING BALANCE
   FX6952      PEPPERS           RONALD         D                       17.41
```

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|---|
| 0 | 07-06-2005 | 82 | TRANSFER OUT<br>CAMP HILL | | | |
| 0 | 07-07-2005 | 81 | TRANSFER IN<br>CAMP HILL | | | |
| 5313 | 07-07-2005 | 37 | POSTAGE<br>U.P.S.    3 BOXES | | -29.84 | -12.43 |
| 0 | 07-07-2005 | 92 | TRANSFER OUT<br>CAMP HILL | | | |
| 0 | 07-08-2005 | 91 | TRANSFER IN<br>GREENE | | | |
| 3832 | 07-26-2005 | 13 | PERSONAL GIFT FROM<br>T GEARY | H261985 | 25.00 | 12.57 |
| 3832 | 07-26-2005 | 50 | ACT 84 TRANSACTION *<br>1318-1998 | 07/26/05 | -5.00 | 7.57 |
| 9213 | 08-01-2005 | 10 | INMATE EMPLOYMENT<br>GRN PAYROLL 2005 - 07 GRP 1 | | 11.52 | 19.09 |
| 9213 | 08-01-2005 | 50 | ACT 84 TRANSACTION *<br>1318-1998 | 08/01/05 | -2.30 | 16.79 |
| 8215 | 08-03-2005 | 32 | GRN COMMISSARY<br>FOR   8/03/2005 | | -7.56 | 9.23 |
| 3923 | 08-05-2005 | 38 | INSIDE PURCHASES<br>LIBRARY COPIES | | -1.40 | 7.83 |
| 3941 | 08-09-2005 | 13 | PERSONAL GIFT FROM<br>BARB PEPPERS | H250945 | 50.00 | 57.83 |
| 3941 | 08-09-2005 | 50 | ACT 84 TRANSACTION *<br>1318-1998 | 08/09/05 | -10.00 | 47.83 |
| 8222 | 08-10-2005 | 32 | GRN COMMISSARY<br>FOR   8/10/2005 | | -47.74 | .09 |
| 4028 | 08-19-2005 | 37 | POSTAGE | | -4.88 | -4.79 |
| 4028 | 08-19-2005 | 37 | POSTAGE | | -.83 | -5.62 |
| 9236 | 08-24-2005 | 10 | INMATE EMPLOYMENT<br>GRN PAYROLL 2005 - 08 GRP 1 | | 30.96 | 25.34 |
| 9236 | 08-24-2005 | 50 | ACT 84 TRANSACTION *<br>1318-1998 | 08/24/05 | -6.19 | 19.15 |
| 4092 | 08-26-2005 | 38 | INSIDE PURCHASES<br>LIBRARY COPIES | | -.10 | 19.05 |
| 4109 | 08-30-2005 | 13 | PERSONAL GIFT FROM<br>ANGELA LEWIS | H892246 | 25.00 | 44.05 |
| 4109 | 08-30-2005 | 50 | ACT 84 TRANSACTION *<br>1318-1998 | 08/30/05 | -5.00 | 39.05 |
| 4128 | 08-31-2005 | 38 | INSIDE PURCHASES<br>LIBRARY COPIES | | -.80 | 38.25 |

```
PA DEPT. OF CORRECTIONS              INMATE ACCOUNTS SYSTEM           RUN       IAS365
BUREAU OF COMPUTER SERVICES          PARTIAL ACCOUNT LISTING          DATE 10/04/2005
REMOTE PRINT TIME 16:20                  FROM ACTIVE FILE             PAGE            2

    INMATE     NAME
    NUMBER     LAST                   FIRST            MI
    FX6952     PEPPERS                RONALD           D


  BATCH       DATE                                           TRANSACTION  BALANCE AFTER
    #     MO DY YEAR     TRANSACTION DESCRIPTION                AMOUNT     TRANSACTION

   8243   08-31-2005  32  GRN COMMISSARY
                          FOR   8/31/2005                        -34.42           3.83
   9244   09-01-2005  10  INMATE EMPLOYMENT
                          GRN PAYROLL 2005 - 08 GRP 1             15.12          18.95
   9244   09-01-2005  50  ACT 84 TRANSACTION *
                          1318-1998             09/01/05          -3.02          15.93
   4163   09-06-2005  38  INSIDE PURCHASES
                          LIBRARY COPIES                           -.30          15.63
   8251   09-08-2005  32  GRN COMMISSARY
                          FOR   9/08/2005                         -3.34          12.29
   4205   09-13-2005  13  PERSONAL GIFT FROM
                          TRACEY GEARY EASTEN   H897248           50.00          62.29
   4205   09-13-2005  50  ACT 84 TRANSACTION *
                          1318-1998             09/13/05         -10.00          52.29
   8257   09-14-2005  32  GRN COMMISSARY
                          FOR   9/14/2005                        -49.33           2.96
   9258   09-15-2005  10  INMATE EMPLOYMENT
                          GRN PAYROLL 2005 - 08 GRP 3              8.36          11.32
   9258   09-15-2005  50  ACT 84 TRANSACTION *
                          1318-1998             09/15/05          -1.67           9.65
   4247   09-16-2005  37  POSTAGE
                                                                   -.83           8.82
   4247   09-16-2005  37  POSTAGE
                                                                  -1.29           7.53
   4248   09-16-2005  38  INSIDE PURCHASES
                          LIBRARY COPIES                          -2.20           5.33
   4274   09-20-2005  38  INSIDE PURCHASES
                          LIBRARY COPIES                           -.40           4.93
   8264   09-21-2005  32  GRN COMMISSARY
                          FOR   9/21/2005                         -4.64            .29
   4323   09-27-2005  13  PERSONAL GIFT FROM
                          ANGELINA LEWIS        H893245           30.00          30.29
   4323   09-27-2005  50  ACT 84 TRANSACTION *
                          1318-1998             09/27/05          -6.00          24.29
   4330   09-27-2005  14  MISCELLANEOUS
                          PROPERTY SETTLEMENT                       .72          25.01
   8271   09-28-2005  32  GRN COMMISSARY
                          FOR   9/28/2005                        -23.72           1.29
   4355   09-30-2005  37  POSTAGE
                                                                   -.60            .69
   4360   10-03-2005  13  PERSONAL GIFT FROM
                          TRACY GEARY           H894275           16.00          16.69
   4360   10-03-2005  50  ACT 84 TRANSACTION *
                          1318-1998             10/03/05          -3.20          13.49
```

```
PA DEPT. OF CORRECTIONS         INMATE ACCOUNTS SYSTEM          RUN      IAS365
BUREAU OF COMPUTER SERVICES     PARTIAL ACCOUNT LISTING         DATE 10/04/2005
REMOTE PRINT TIME 16:20             FROM ACTIVE FILE            PAGE          3

    INMATE     NAME
    NUMBER     LAST                    FIRST           MI
    FX6952     PEPPERS                 RONALD          D

BATCH     DATE                                       TRANSACTION   BALANCE AFTER
  #     MO DY YEAR    TRANSACTION DESCRIPTION          AMOUNT       TRANSACTION

4363    10-03-2005   37  POSTAGE
                                                         -4.75           8.74
4363    10-03-2005   37  POSTAGE
                                                         -3.95           4.79
4363    10-03-2005   37  POSTAGE
                                                         -1.98           2.81
4377    10-04-2005   37  POSTAGE
                                                          -.60           2.21

              BALANCE AFTER THESE TRANSACTIONS------>                    2.21
```

**CERTIFIED COPY**
DATE 10/4/05
Jmi Kennedy OR
Name / Title



Ronnie Peppers FX-6952
175 Progress Drive
Waynesburg, PA., 15370

RECEIVED
SCRANTON
OCT 11 2005
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

INMATE MAIL
PA DEPT
OF CORRECTIONS

Clerk of Court
U.S. District Court, Middle District
P.O. Box 1148
Scranton, PA., 18501-1148