AO 240 (Rev. 6/86) Application to Proceed

# United States District Court

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,
                Respondent
    v.

RONNIE PEPPERS,
                Petitioner

APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER

CASE NUMBER: 1:00-CR-00105

I, **RONNIE PEPPERS**, declare that I am the (check appropriate box)

[X] petitioner/plaintiff      [ ] movant (filing 28 U.S.C. 2255 motion)

[ ] respondent/defendant      [ ] _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows: ISSUE(S) I intend to Raise on Appeal: (1) Unconstitutional motive to indict (2) Selective Prosecution (3) Actual Innocence (4) Ineffective Assistance of Counsel (5) Illegal Sentence (6) Illegal Search and Seizure

FILED
HARRISBURG, PA
NOV 03 2005
MARY E. D'ANDREA, CLERK
per _____

In further support of this application, I answer the following questions.

1. Are you presently employed?  Yes [X]  No [ ]
    a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

Inmate wages at .19¢ an hour, 6 hrs. a day for five days a week at the State Correctional Institution Greene

    b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
    a. Business, profession or other form of self-employment    Yes [ ]  No [X]
    b. Rent payments, interest or dividends?    Yes [ ]  No [X]
    c. Pensions, annuities or life insurance payments?    Yes [ ]  No [X]
    d. Gifts or inheritances?    Yes [X]  No [ ]
    e. Any other sources?    Yes [ ]  No [X]

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

Mother- Apprx. $350.00 / Angela Lewis- Approx. $145.00
Chantel Motes- Approx. $30.00 / Tracey Geary- Approx. $117.00

3. Do you own any cash, or do you have money in checking or savings accounts?

   Yes [X]   No [ ]   (Include any funds in prison accounts.)

   If the answer is "yes," state the total value of the items owned.

   $1.29

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes [ ]   No [X]

   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   Chasytie Peppers - Daughter/ what ever gifts that I can scrounge up from friends and other family members

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/29/05
(Date)

_Ronald Peppers_
Signature of Applicant

### CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ 2.21 on account to his credit at the SCI Greene institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: N/A

I further certify that during the last six months the applicant's average balance was $ 21.58

_Joni Kennedy CPS_
Authorized Officer of Institution

### ORDER OF COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____<br>United States Judge           Date | _____  _____<br>United States Judge           Date<br>or Magistrate |

```
PA DEPT. OF CORRECTIONS           INMATE ACCOUNTS SYSTEM           RUN      IAS365
BUREAU OF COMPUTER SERVICES       PARTIAL ACCOUNT LISTING          DATE 10/04/2005
REMOTE PRINT TIME 16:20              FROM PURGE FILE               PAGE          1

    INMATE      NAME
    NUMBER      LAST              FIRST         MI              STARTING BALANCE
    FX6952      PEPPERS           RONALD        D                            .03

 BATCH     DATE                                           TRANSACTION  BALANCE AFTER
   #     MO DY YEAR      TRANSACTION DESCRIPTION             AMOUNT    TRANSACTION

  4613   04-05-2005  38  INSIDE PURCHASES
                         LIBRARY / VENDACARD                    -.90          -.87
  4649   04-08-2005  13  PERSONAL GIFT FROM
                         157494    BARBARA                    50.00         49.13
  4649   04-08-2005  50  ACT 84 TRANSACTION *
                         1318-1998            04/08/05       -10.00         39.13
  4687   04-14-2005  38  INSIDE PURCHASES
                         LIBRARY / VENDACARD                    -.30         38.83
  8109   04-19-2005  32  CAM COMMISSARY
                         FOR  4/19/2005                       -19.14         19.69
  4726   04-20-2005  38  INSIDE PURCHASES
                         LIBRARY / VENDACARD                   -2.00         17.69
  4767   04-25-2005  38  INSIDE PURCHASES
                         LIBRARY VENDACARD                    -10.40          7.29
  4768   04-25-2005  37  POSTAGE
                         POSTAGE                               -4.75          2.54
  4768   04-25-2005  37  POSTAGE
                         POSTAGE                               -1.52          1.02
  8115   04-25-2005  32  CAM COMMISSARY
                         FOR  4/25/2005                        -6.64         -5.62
  4912   05-11-2005  13  PERSONAL GIFT FROM
                         180712 UNKNOWN                        50.00         44.38
  4912   05-11-2005  50  ACT 84 TRANSACTION *
                         1318-1998            05/11/05       -10.00         34.38
  8136   05-16-2005  32  CAM COMMISSARY
                         FOR  5/16/2005                       -15.90         18.48
  4986   05-23-2005  38  INSIDE PURCHASES
                         LIBRARY VENDACARD                     -1.30         17.18
  8143   05-23-2005  32  CAM COMMISSARY
                         FOR  5/23/2005                       -17.19          -.01
  5063   06-03-2005  13  PERSONAL GIFT FROM
                         084678 TRACY                          15.00         14.99
  5063   06-03-2005  50  ACT 84 TRANSACTION *
                         1318-1998            06/03/05        -3.00         11.99
  5088   06-07-2005  13  PERSONAL GIFT FROM
                         081247 BARBARA PEPPERS              100.00        111.99
  5088   06-07-2005  50  ACT 84 TRANSACTION *
                         1318-1998            06/07/05       -20.00         91.99
  8164   06-13-2005  32  CAM COMMISSARY
                         FOR  6/13/2005                       -26.50         65.49
  5172   06-16-2005  37  POSTAGE
                         POSTAGE                                -.60         64.89
  5181   06-20-2005  36  PRINTED MATERIALS
                         JEFFY FULFILLMENT INC                -25.00         39.89
```

```
PA DEPT. OF CORRECTIONS         INMATE ACCOUNTS SYSTEM              RUN    IAS365
BUREAU OF COMPUTER SERVICES     PARTIAL ACCOUNT LISTING             DATE 10/04/2005
REMOTE PRINT TIME 16:20              FROM PURGE FILE                PAGE         2
```

| INMATE NUMBER | NAME LAST | FIRST | MI |
|---|---|---|---|
| FX6952 | PEPPERS | RONALD | D |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|---|
| 8171 | 06-20-2005 | 32 | CAM COMMISSARY FOR 6/20/2005 | | -18.18 | 21.71 |
| 5193 | 06-21-2005 | 13 | PERSONAL GIFT FROM 187825 FRIEND | | 16.00 | 37.71 |
| 5193 | 06-21-2005 | 50 | ACT 84 TRANSACTION * 1318-1998 | 06/21/05 | -3.20 | 34.51 |
| 5241 | 06-27-2005 | 38 | INSIDE PURCHASES LIBRARY VENDACARD | | -1.20 | 33.31 |
| 8178 | 06-27-2005 | 32 | CAM COMMISSARY FOR 6/27/2005 | | -15.90 | 17.41 |

BALANCE AFTER THESE TRANSACTIONS------>  17.41

```
PA DEPT. OF CORRECTIONS            INMATE ACCOUNTS SYSTEM            RUN     IAS365
BUREAU OF COMPUTER SERVICES        PARTIAL ACCOUNT LISTING           DATE 10/04/2005
REMOTE PRINT TIME 16:20              FROM ACTIVE FILE                PAGE          1
```

| INMATE NUMBER | NAME LAST | FIRST | MI | STARTING BALANCE |
|---|---|---|---|---|
| FX6952 | PEPPERS | RONALD | D | 17.41 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|---|
| 0 | 07-06-2005 | 82 | TRANSFER OUT CAMP HILL | | | |
| 0 | 07-07-2005 | 81 | TRANSFER IN CAMP HILL | | | |
| 5313 | 07-07-2005 | 37 | POSTAGE U.P.S. 3 BOXES | | -29.84 | -12.43 |
| 0 | 07-07-2005 | 92 | TRANSFER OUT CAMP HILL | | | |
| 0 | 07-08-2005 | 91 | TRANSFER IN GREENE | | | |
| 3832 | 07-26-2005 | 13 | PERSONAL GIFT FROM T GEARY | H261985 | 25.00 | 12.57 |
| 3832 | 07-26-2005 | 50 | ACT 84 TRANSACTION * 1318-1998 | 07/26/05 | -5.00 | 7.57 |
| 9213 | 08-01-2005 | 10 | INMATE EMPLOYMENT GRN PAYROLL 2005 - 07 GRP 1 | | 11.52 | 19.09 |
| 9213 | 08-01-2005 | 50 | ACT 84 TRANSACTION * 1318-1998 | 08/01/05 | -2.30 | 16.79 |
| 8215 | 08-03-2005 | 32 | GRN COMMISSARY FOR  8/03/2005 | | -7.56 | 9.23 |
| 3923 | 08-05-2005 | 38 | INSIDE PURCHASES LIBRARY COPIES | | -1.40 | 7.83 |
| 3941 | 08-09-2005 | 13 | PERSONAL GIFT FROM BARB PEPPERS | H250945 | 50.00 | 57.83 |
| 3941 | 08-09-2005 | 50 | ACT 84 TRANSACTION * 1318-1998 | 08/09/05 | -10.00 | 47.83 |
| 8222 | 08-10-2005 | 32 | GRN COMMISSARY FOR  8/10/2005 | | -47.74 | .09 |
| 4028 | 08-19-2005 | 37 | POSTAGE | | -4.88 | -4.79 |
| 4028 | 08-19-2005 | 37 | POSTAGE | | -.83 | -5.62 |
| 9236 | 08-24-2005 | 10 | INMATE EMPLOYMENT GRN PAYROLL 2005 - 08 GRP 1 | | 30.96 | 25.34 |
| 9236 | 08-24-2005 | 50 | ACT 84 TRANSACTION * 1318-1998 | 08/24/05 | -6.19 | 19.15 |
| 4092 | 08-26-2005 | 38 | INSIDE PURCHASES LIBRARY COPIES | | -.10 | 19.05 |
| 4109 | 08-30-2005 | 13 | PERSONAL GIFT FROM ANGELA LEWIS | H892246 | 25.00 | 44.05 |
| 4109 | 08-30-2005 | 50 | ACT 84 TRANSACTION * 1318-1998 | 08/30/05 | -5.00 | 39.05 |
| 4128 | 08-31-2005 | 38 | INSIDE PURCHASES LIBRARY COPIES | | -.80 | 38.25 |

```
PA DEPT. OF CORRECTIONS           INMATE ACCOUNTS SYSTEM              RUN       IAS365
BUREAU OF COMPUTER SERVICES        PARTIAL ACCOUNT LISTING            DATE 10/04/2005
REMOTE PRINT TIME 16:20              FROM ACTIVE FILE                 PAGE           2
```

| INMATE NUMBER | NAME LAST | FIRST | MI |
|---|---|---|---|
| FX6952 | PEPPERS | RONALD | D |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 8243 | 08-31-2005 | 32 | GRN COMMISSARY FOR 8/31/2005 | -34.42 | 3.83 |
| 9244 | 09-01-2005 | 10 | INMATE EMPLOYMENT GRN PAYROLL 2005 - 08 GRP 1 | 15.12 | 18.95 |
| 9244 | 09-01-2005 | 50 | ACT 84 TRANSACTION * 1318-1998    09/01/05 | -3.02 | 15.93 |
| 4163 | 09-06-2005 | 38 | INSIDE PURCHASES LIBRARY COPIES | -.30 | 15.63 |
| 8251 | 09-08-2005 | 32 | GRN COMMISSARY FOR 9/08/2005 | -3.34 | 12.29 |
| 4205 | 09-13-2005 | 13 | PERSONAL GIFT FROM TRACEY GEARY EASTEN  H897248 | 50.00 | 62.29 |
| 4205 | 09-13-2005 | 50 | ACT 84 TRANSACTION * 1318-1998    09/13/05 | -10.00 | 52.29 |
| 8257 | 09-14-2005 | 32 | GRN COMMISSARY FOR 9/14/2005 | -49.33 | 2.96 |
| 9258 | 09-15-2005 | 10 | INMATE EMPLOYMENT GRN PAYROLL 2005 - 08 GRP 3 | 8.36 | 11.32 |
| 9258 | 09-15-2005 | 50 | ACT 84 TRANSACTION * 1318-1998    09/15/05 | -1.67 | 9.65 |
| 4247 | 09-16-2005 | 37 | POSTAGE | -.83 | 8.82 |
| 4247 | 09-16-2005 | 37 | POSTAGE | -1.29 | 7.53 |
| 4248 | 09-16-2005 | 38 | INSIDE PURCHASES LIBRARY COPIES | -2.20 | 5.33 |
| 4274 | 09-20-2005 | 38 | INSIDE PURCHASES LIBRARY COPIES | -.40 | 4.93 |
| 8264 | 09-21-2005 | 32 | GRN COMMISSARY FOR 9/21/2005 | -4.64 | .29 |
| 4323 | 09-27-2005 | 13 | PERSONAL GIFT FROM ANGELINA LEWIS      H893245 | 30.00 | 30.29 |
| 4323 | 09-27-2005 | 50 | ACT 84 TRANSACTION * 1318-1998    09/27/05 | -6.00 | 24.29 |
| 4330 | 09-27-2005 | 14 | MISCELLANEOUS PROPERTY SETTLEMENT | .72 | 25.01 |
| 8271 | 09-28-2005 | 32 | GRN COMMISSARY FOR 9/28/2005 | -23.72 | 1.29 |
| 4355 | 09-30-2005 | 37 | POSTAGE | -.60 | .69 |
| 4360 | 10-03-2005 | 13 | PERSONAL GIFT FROM TRACY GEARY          H894275 | 16.00 | 16.69 |
| 4360 | 10-03-2005 | 50 | ACT 84 TRANSACTION * 1318-1998    10/03/05 | -3.20 | 13.49 |

```
PA DEPT. OF CORRECTIONS            INMATE ACCOUNTS SYSTEM           RUN        IAS365
BUREAU OF COMPUTER SERVICES        PARTIAL ACCOUNT LISTING          DATE 10/04/2005
REMOTE PRINT TIME 16:20               FROM ACTIVE FILE              PAGE            3

     INMATE    NAME
     NUMBER    LAST                        FIRST           MI
     FX6952    PEPPERS                     RONALD          D

                                                           TRANSACTION  BALANCE AFTER
  BATCH    DATE                                              AMOUNT      TRANSACTION
    #    MO DY YEAR        TRANSACTION DESCRIPTION

   4363  10-03-2005    37   POSTAGE
                                                              -4.75         8.74
   4363  10-03-2005    37   POSTAGE
                                                              -3.95         4.79
   4363  10-03-2005    37   POSTAGE
                                                              -1.98         2.81
   4377  10-04-2005    37   POSTAGE
                                                               -.60         2.21

                            BALANCE AFTER THESE TRANSACTIONS------>         2.21
```

**CERTIFIED COPY**
DATE  10/4/05
_Joni Kennedy_ CPR
Name / Title



INMATE MAIL
PA DEPT;
OF CORRECTIONS

Ronald Peppers
FX-6952
175 Progress Drive
Waynesburg, PA., 15370

Office of the Clerk
United States District Court
Middle District of Pennsylvania
U.S. Court House
228 Walnut Street
P.O. Box 983
Harrisburg, PA., 17108