```
              UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CRIMINAL NO.  1:CR-00-105 |
| | ) | |
| **v.** | ) | (Judge Rambo) |
| | ) | |
| **RONNIE PEPPERS** | ) | (Electronically Filed) |

### MOTION TO FILE BRIEF IN EXCESS OF 15 PAGES *NUNC PRO TUNC*

**AND NOW,** comes the government through Christy H. Fawcett, Assistant U.S. Attorney, and files the within Motion to File Brief in Excess of 15 Pages *Nunc Pro Tunc*:

1. The government is responding to a Motion Under 28 USC § 2255 to Vacate, Set Aside, or Correct Sentence in which the defendant raises 15 issues.

2. The government cannot adequately set forth the procedural history of the case and respond to the claims raised by the defendant in the 15 pages specified by the Local Rules of the Middle District of Pennsylvania.

3. The defendant is proceeding *pro se* and is incarcerated. Therefore, the government could not seek his concurrence in this motion.

**WHEREFORE,** the government requests the Court to enter an order directing the Clerk of Courts to accept for filing the government's Response to Motion Under 28 USC § 2255 to Vacate, Set Aside, or Correct Sentence.

    Respectfully submitted,

    THOMAS A. MARINO
    United States Attorney

    s/Christy H. Fawcett
    CHRISTY H. FAWCETT
    Assistant U.S. Attorney
    PA35067
    Christy.Fawcett@usdoj.gov

    228 Walnut Street, Suite 220
    P.O. Box 11754
    Harrisburg, PA 17108
    Phone: (717) 221-4482
    Fax: (717) 221-4493

## UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) CRIMINAL NO.  1:CR-00-105 |
| | ) |
| v. | ) (Judge Rambo) |
| | ) |
| **RONNIE PEPPERS** | ) (Electronically Filed) |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That this **21st** day of **November 2005,** she served a copy of the attached

### MOTION TO FILE BRIEF IN EXCESS
### OF 15 PAGES *NUNC PRO TUNC*

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

Ronnie Peppers - FX-6952
SCI Greene
175 Progress Drive
Waynesburg, PA 15370

s/Christina L. Garber
Christina L. Garber
Legal Assistant
