UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CRIMINAL NO.  1:CR-00-105 |
| | ) | |
| v. | ) | (Judge Rambo) |
| | ) | |
| **RONNIE PEPPERS** | ) | (Electronically Filed) |

### ORDER

**AND NOW**, this \_\_\_\_ day of November, 2005, upon consideration of the government's Motion to File Brief in Excess of 15 Pages *Nunc Pro Tunc* and for the reasons stated therein, the Motion is hereby **GRANTED**. The Clerk of Courts is directed to accept for filing the government's Response to Motion Under 28 USC § 2255 to Vacate, Set Aside, or Correct Sentence.

_____
SYLVIA H. RAMBO
United States District Judge