**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) CRIMINAL NO.  1:CR-00-105 |
| | ) |
| **v.** | ) **(Judge Rambo)** |
| | ) |
| **RONNIE PEPPERS** | ) **(Electronically Filed)** |

<u>**ORDER**</u>

   **AND NOW**, this 21st day of November, 2005, upon consideration of the government's Motion to File Brief in Excess of 15 Pages *Nunc Pro Tunc* and for the reasons stated therein, the Motion is hereby **GRANTED**.  The Clerk of Courts is directed to accept for filing the government's Response to Motion Under 28 USC § 2255 to Vacate, Set Aside, or Correct Sentence.

                                          s/Sylvia H. Rambo
                                          SYLVIA H. RAMBO
                                          United States District Judge