IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 1:CR-00-105** |
| : | |
| **v.** : | |
| : | |
| **RONNIE PEPPERS** : | |

## **O R D E R**

**IT IS HEREBY ORDERED THAT** no later than December 30, 2005, the Government shall supplement its response to the petition for writ of habeas corpus by filing a sworn affidavit by plea counsel setting forth those facts that appear at the bottom of page 20 to the top of page 21 of its response.

                                                     s/Sylvia H. Rambo
                                                     SYLVIA H. RAMBO
                                                     United States District Judge

Dated:  December 8, 2005.