ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | Criminal No. 1:CR-00-105 |
| -vs- | § | |
| | § | Judge Sylvia H. Rambo |
| RONNIE PEPPERS | § | |

EXHIBIT (A) TO PETITIONER'S RESPONSE TO GOVERNMENT'S RESPONSE TO PETITIONER'S MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE.

FILED
HARRISBURG, PA

DEC - 2005

_____, CLERK
Per _____
        Deputy Clerk

AND NOW comes the petitioner, Ronnie Peppers, pro se, and files this Exhibit, Affidavit of Richard S. Garvey, that was inadvertently omitted from petitioner's response dated December 6th, 2005.

Respectfully Submitted,

Ronnie Peppers
Ronnie Peppers, FX-6952
Petitioner, Pro Se
175 Progress Drive
Waynesburg, Pa., 15370

Date: December 7th, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 1:00-CR-00105 |
| v. | : | |
| | : | Judge Sylvia H. Rambo |
| RONNIE PEPPERS | : | |

## **AFFIDAVIT OF RICHARD S. GARVEY**

AND NOW comes the affiant, Richard S. Garvey, who swears that the following is true and correct to the best of his information and belief:

1. I, Richard S. Garvey, am an investigator employed by the Office of the Federal Public Defender for the Middle District of Pennsylvania.

2. On December 18, 2002, I interviewed Harrisburg Police Officer Christine Belinda.

3. At the beginning of the interview, I identified myself as a Federal Public Defender Investigator, and informed Officer Belinda that I was conducting an investigation in the case of United States v. Ronnie Peppers.

4. I asked Officer Belinda whether the Pennsylvania Department of Transportation provided the Harrisburg Bureau of Police with notice of the dates on which new car license plate sequences would be released.

5. Officer Belinda stated that she was not aware that any such information was provided by the Pennsylvania Department of Transportation to the Harrisburg Bureau of Police.

6. Officer Belinda indicated that her decision to stop defendant's vehicle was based upon observations made in the course of her duties as a Harrisburg Police Officer.

7. Specifically, Officer Belinda stated that "for some reason, Harrisburg has a lot of new tags in the city," and that her comparison of the "BAZ" tag with new tags then appearing led her to suspect that the temporary registration on the Buick had expired.

8. Officer Belinda further indicated that her suspicion regarding an expired temporary registration was based upon her initial police training and/or her subsequent police field training.

Date: 3/12/2003

Richard S. Garvey

Sworn and subscribed to before me this 12 day of March, 2003.

2

Notarial Seal
Cheryl A. Richard, Notary Public
City Of Harrisburg, Dauphin County
My Commission Expires Oct. 15, 2006
Member, Pennsylvania Association Of Notaries

CERTIFICATE OF SERVICE

I, Ronnie Peppers, Petitioner, pro se, do hereby certify that on date I served a copy of <u>EXHIBIT (A) TO PETITIONER'S RESPONSE TO GOVERNMENT'S RESPONSE TO PETITIONER'S MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE</u> upon the person and at the address set forth below by placing same in the United States Mail, First Class, postage prepaid, with a certificate of mailing attached in the Institution Mailbox at SCI-Greene, 175 Progress Drive, Waynesburg, Pennsylvania, which service satisfies the requirements of the Prisoner Mailbox Act (Houston v. Lack, 108 S.Ct. 2379):

> Christy H. Fawcett, Esquire
> United States Attorney's Office
> Federal Building, Room 217
> 228 Walnut Street
> Harrisburg, Pa., 17108

> /s/ Ronnie Peppers
> Ronnie Peppers, FX-6952
> Petitioner, Pro Se
> 175 Progress Drive
> Waynesburg, Pa., 15370

Date Mailed: December 7th, 2005

RONNIE PEPPERS  FX-6952

175 Progress Drive
Waynesburg, PA., 15370

INMATE MAIL
PA DEPT
OF CORRECTIONS

US POSTAGE $00.370
DEC 09 2005
MAILED FROM ZIP CODE 15370

CLERK'S OFFICE
United States District Court
Federal Building
228 Walnut Street
Harrisburg, Pa., 17108