IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.   1:CR-00-105 |
| | ) | |
| v. | ) | (Judge Rambo) |
| | ) | |
| RONNIE PEPPERS | ) | (Electronically Filed) |

**MOTION FOR THE COURT TO ISSUE A WRIT OF
HABEAS CORPUS AD PROSEQUENDUM**

**TO THE HONORABLE, THE JUDGES OF SAID COURT:**

    **NOW COMES** Thomas A. Marino, United States Attorney in and for the Middle District of Pennsylvania, and would respectfully show the Court:

    1.  That there is now pending in this Court and undisposed of a certain criminal case charging the said **RONNIE PEPPERS, INMATE NO. FX6952,** with violations of Title 18, United States Code, Section(s) 922(g) and 924(e).

    2.  That the said **RONNIE PEPPERS, INMATE NO. FX6952** is now in the custody of the **STATE CORRECTIONAL INSTITUTE GREENE, WAYNESBURG, PA.**

    **WHEREFORE**, on behalf of the United States of America, the said Thomas A. Marino, United States Attorney, prays your Honorable Court to grant and issue a writ of habeas corpus ad prosequendum to have the said **RONNIE PEPPERS, INMATE NO. FX6952** brought before the United States District Court for the Middle District of Pennsylvania at the United States Courthouse, Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania on **FEBRUARY 2, 2006 at 10:30 a.m.** for a Hearing.

    s/Christy H. Fawcett
    CHRISTY H. FAWCETT
    Assistant U.S. Attorney
    PA35067
    Christy.Fawcett@usdoj.gov

Date:   01/10/2006

    228 Walnut Street, Suite 220
    P.O. Box 11754
    Harrisburg, PA 17108
    Phone (717) 221-4482
    Fax (717) 221-4493