**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CRIMINAL NO.  1:CR-00-105** |
| | ) | |
| v. | ) | (Judge Rambo) |
| | ) | |
| **RONNIE PEPPERS** | ) | (Electronically Filed) |

### WRIT OF HABEAS CORPUS
### AD PROSEQUENDUM

**UNITED STATES OF AMERICA TO THE SUPERINTENDENT
STATE CORRECTIONAL INSTITUTE GREENE, WAYNESBURG, PA**

**GREETINGS:**

**YOU ARE COMMANDED TO PRODUCE NOW**, in the custody of the United States Marshal, or one of his deputies, before the United States District Court at Harrisburg, Pennsylvania, on **FEBRUARY 2, 2006, at 10:30 a.m.**, the person of **RONNIE PEPPERS, INMATE NO. FX6952**, whom it is alleged you legally restrain of his liberty and against whom there are pending certain criminal proceedings in the United States District Court for the Middle District of Pennsylvania, to the end that the said **RONNIE PEPPERS, INMATE NO. FX6952,** be heard on the criminal charges above referred to, charging violations of Title 18, United States Code, Section(s) 922(g) and 924(e), and you are directed to keep the said prisoner safe in custody and confine him from day to day, when not appearing before the Court, in a safe and suitable jail, and, at the conclusion of said proceeding, to immediately return the said **RONNIE PEPPERS, INMATE NO. FX6952** to **SCI GREENE, WAYNESBURG, PA,** to serve the balance of the sentence or sentences heretofore posed.

HEREIN FAIL NOT and do return make hereof.

WITNESS my signature on this, the _____ day of _____ 2006.

_____
SYLVIA H. RAMBO
United States District Judge