JUDGE RAMBO

MIDDLE DISTRICT OF PENNSYLVANIA

**GOVERNMENT'S LIST OF EXHIBITS**

**UNITED STATES v. RONNIE PEPPERS**

CR. NO. 1:CR-00-105

DATE: FEBRUARY 2, 2006

| PLTF | DEF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 1 | | Memo dated May 2, 2003 | 2/2/06 | 2/2/06 | Admit | Daniel Siegel |
| 2 | | Attorney Siegel's notes of conversation | 2/2/06 | 2/2/06 | Admit | Daniel Siegel |
| 3 | | Letter from Defendant to Court dated May 12, 2003 | 2/2/06 | 2/2/06 | Admit | Daniel Siegel |
| 4 | | Police report of incident of November 14, 1997 | 2/2/06 | 2/2/06 | Admit | Daniel Siegel |

FILED
HARRISBURG, PA
FEB 02 2006
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk