**JUDGE RAMBO**

United States
v.
Ronnie Peppers

**EXHIBIT LIST**

CASE NUMBER: 1:00-CR-105

Page 1 of 1

February 2, 2006

| Plaintiff | Defendant | Description of Item | Identified | Moved | Ruling | Witness |
|---|---|---|---|---|---|---|
| | 1 | Erica Chambers' signed statement 9/1/97 | 2/2/06 | 2/2/06 | Admit | Daniel Seigel |

FILED
HARRISBURG, PA
FEB 02 2006
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

1