I hereby certify and return that I personally executed the within Writ of Habeas Corpus a (TEST) (Pros.) or Order by transporting the within named Ronnie Peppers from the SCI Camp Hill to the USDC, HBG, PA & Return This 2nd day of Feb. 2006

M. R.

U.S. Marshal, M/D PA

By

00/105

**FILED**
HARRISBURG, PA

FEB 10 2006

MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk