IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
:
-vs- : CRIMINAL NO. 1:CR-00-105
:
RONNIE PEPPERS :

J. Rambo

FILED
HARRISBURG, PA

MAR 0 8 2006

MARY E. D'ANDREA, CLERK
Per _____

NOTICE OF APPEAL

NOTICE is hereby given that, Ronnie Peppers, Petitioner in the above-referenced matter, hereby appeals to the United States Court of Appeals for the Third Circuit from an order denying Petitioner's application for a writ of habeas corpus, entered in this action on February 8, 2006.

Petitioner received a copy of the District Court's Order denying said writ of habeas corpus on February 27, 2006.

Respectfully Submitted,

Ronnie Peppers
Ronnie Peppers, FX-6952
Petitioner, Pro Se
175 Progress Drive
Waynesburg, Pa., 15370

Date Mailed: March 3, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OD AMERICA          :
                                  :
        -vs-                      :  CRIMINAL NO. 1:CR-00-105
                                  :
RONNIE PEPPERS                    :  JUDGE SYLVIA H. RAMBO

CERTIFICATE OF SERVICE

I, Ronnie Peppers, Petitioner do hereby certify that on this date I served a copy of the foregoing **NOTICE OF APPEAL** in the above-referenced matter by placing same in the United States Mail, First Class, in the mailbox at the State Correctional Institution at Greene, Waynesburg, Pennsylvania. This Service satisfies the requirements of the Prisoner's Mailbox Act: (Houston v. Lack, 108 S.Ct. 2379), Addressed as Following:

> Christy H. Fawcett, Esquire
> United States Attorney's Office
> Federal Building, Room 217
> 228 Walnut Street
> Harrisburg, Pa., 17108

*[signature: Ronnie Peppers]*
Ronnie Peppers, FX-6952
Petitioner, Pro Se
175 Progress Drive
Waynesburg, Pa., 15370

Date Mailed: March 3, 2006



INMATE MAIL
PA DEPT
OF CORRECTIONS

$00.39 MAR 03 2006
MAILED FROM ZIPCODE 15370

CLERK OF COURT'S OFFICE
UNITED STATES COURTHOUSE
FEDERAL BUILDING
228 WALNUT STREET
HARRISBURG, Pa., 17108

RONNIE PEPPERS    FX-6952
175 Progress Drive
Waynesburg, PA., 15370

