UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Case No: 06-1810

UNITED STATES OF AMERICA,
Appellee

v.

RONNIE PEPPERS,
Appellant

On Appeal from the United States District Court
for the Middle District of Pennsylvania
Criminal No. 00-105
District Judge: Sylvia H. Rambo

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
February 15, 2008

Before: SLOVITER and SMITH, *Circuit Judges*,
and DIAMOND, *District Judge*[*]

JUDGMENT

This cause came on to be heard from a final order of the United States District Court for the Middle District of Pennsylvania and was submitted on February 15, 2008. On consideration thereof, it is now ORDERED and ADJUDGED that the order of the said District Court entered January 31, 2007, be, and the same hereby is, affirmed.

---

[*]The Honorable Gustave Diamond, Senior District Judge for the Western District of Pennsylvania, sitting by designation.

ATTEST:


/s/ Marcia M. Waldron
Marcia M. Waldron, Clerk

Dated:     April 8, 2008