IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:00-cr-105-01** |
| **v.** | : | |
| **RONNIE PEPPERS** | : | **Judge Sylvia H. Rambo** |

## **O R D E R**

AND NOW, this 21st day of December, 2016, **IT IS HEREBY ORDERED** as follows:

1) The petition filed pursuant to § 2255 is **DISMISSED**.

2) The clerk of court shall close this case.

3) The court declines to issue a certificate of appealability for the reasons set forth in the corresponding memorandum.

                                             s/Sylvia Rambo
                                             SYLVIA H. RAMBO
                                             United States District Judge